

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00599-CV

Jason **WHITE**,
Appellant

v.

Elizabeth **HOLT**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-286
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Elizabeth Holt recover her costs of this appeal, if any, from appellant Jason White.

SIGNED January 22, 2020.

_____
Beth Watkins, Justice